CARRIE A. McFADDEN, ESQ., SB No. 245199
    Email: cmcfadden@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263


STEVEN WANG, State Bar No. 191168
City Attorney
SARI MYERS DIERKING, State Bar No. 226805
Assistant City Attorney
City of Folsom
50 Natoma Street
Folsom, California  95630
Telephone: (916) 355-7350
Facsimile: (916) 351-0536


Attorneys for Defendants CITY OF FOLSOM, FOLSOM POLICE DEPARTMENT and OFFICER KRACHER


CHARLES D. CARAWAY (SBN 289360)
GOYETTE & ASSOCIATES, INC.
2366 Gold Meadow Way, Suite 200
Gold River, CA 95670
Telephone:     (916) 851-1900
Facsimile:     (916) 851-1995
Charles@goyette-assoc.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HEATHER SUIT, et al., | ) | Case No.: 2:16-cv-00807-WBS-AC |
| | ) | |
| Plaintiff, | ) | **JOINT STIPULATION AND** |
| | ) | **[PROPOSED] ORDER TO CONTINUE** |
| vs. | ) | **SCHEDULING CONFERENCE** |
| | ) | |
| CITY OF FOLSOM, et al., | ) | **Judge: Hon. William B. Shubb** |
| | ) | |
| Defendants. | ) | Complaint Filed: April 19, 2016 |
| | ) | |

-1-
**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE SCHEDULING CONFERENCE**

1  The Pretrial Scheduling Conference is scheduled for August 15, 2016. Docket No. 3. Based on that date, the parties are to meet and confer and prepare a Joint Pretrial Scheduling Statement by August 1, 2016. *Id.* Defendants CITY OF FOLSOM, FOLSOM POLICE DEPARTMENT and OFFICER KRACHER have a motion to dismiss the First Amended Complaint pending that is scheduled for hearing on August 8, 2015. Docket No. 9. Defendants' motion challenges the sufficiency of all of Plaintiffs' causes of action alleged against these Defendants and also raises legal defenses (immunity). The defenses raised by the motion so pervade the case as to render impracticable any meaningful conference between the parties regarding the proposed discovery plan and scheduling issues prior to the resolution of Defendants' motion.

Given the pending motion, the parties respectfully request that the Pretrial Scheduling Conference be continued until at least 60 days after Defendants' answer to the operative complaint, which interval would give counsel the time and ability to conduct a meaningful FRCP Rule 26(f) conference based on the causes of action at issue and prepare a Joint Status Report addressing each of the items identified in the Court's Scheduling Order.

IT IS SO STIPULATED.

Dated: July 28, 2016    GOYETTE & ASSOCIATES, INC.

*/s/ Charles D. Caraway*
(as authorized on 7/28/16)
By:_____
CHARLES D. CARAWAY
Attorney for Plaintiffs
HEATHER SUIT, ERIC SUIT and BRAELYN SUIT

Dated: July 28, 2016    ANGELO, KILDAY & KILDUFF, LLP

*/s/ Carrie A. McFadden*
By:_____
CARRIE A. McFADDEN
Attorneys for Defendant
CITY OF FOLSOM, FOLSOM POLICE DEPARTMENT and OFFICER KRACHER

110257

**ORDER**

Good cause appearing, the Scheduling Conference is hereby continued to **October 24, 2016 at 1:30 p.m.**  A Joint Status Report must be filed on behalf of the parties on or before **October 11, 2016.**

**IT IS SO ORDERED.**

Dated:  July 28, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE